### NORWOOD AND WIFE v. HOLLIMAN, Adm'r.

APPEAL FROM OUACHITA CIRCUIT COURT.

HON. GEORGE W. McCOWN, *Circuit Judge.*

*English & English, Leake and Garland* for Appellants.
*U. M. Rose,* for Appellee.

McCLURE, C. J.—This cause comes here on a question of law, and the same question having been decided in the case of *Norwood and wife v. Holliman, ad. ante,* the judgment of the Ouachita Circuit Court is affirmed.